ACCEPTED
14-14-00097-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
8/21/2015 3:56:19 PM
CHRISTOPHER PRINE
CLERK

No. 14-14-00097-CV

# IN THE FOURTEENTH COURT OF APPEALS AT HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/21/2015 3:56:19 PM
CHRISTOPHER A. PRINE
Clerk

**VICKI WARD,**

*PLAINTIFF-APPELLANT,*

**V.**

**LAMAR UNIVERSITY, TEXAS STATE UNIVERSITY SYSTEM AND JAMES SIMMONS,**

*DEFENDANTS-APPELLEES.*

On Appeal from Cause No. E194323, in the
172nd District Court of Jefferson County, Texas

## APPELLEES' NOTICE OF SUBSTITUTION OF COUNSEL

| | |
|---|---|
| KEN PAXTON<br>Attorney General of Texas | ESTEBAN S.M. SOTO<br>Attorney-in-Charge<br>Texas Bar No: 24052284 |
| CHARLES E. ROY<br>First Assistant Attorney General | Assistant Attorney General<br>General Litigation Division<br>P.O. Box 12548, Capitol Station |
| JAMES E. DAVIS<br>Deputy Attorney General for Defense<br>Litigation | Austin, Texas 78711-2548<br>Telephone: (512) 463-2120<br>Facsimile: (512) 320-0667<br>esteban.soto@texasattorneygeneral.gov |
| ANGELA V. COLMENERO<br>Division Chief - General Litigation | ATTORNEYS FOR APPELLEES |

AUGUST 21, 2015

Page 1

TO THE HONORABLE COURT:

Appellees, Lamar University, Texas State University System, and James Simmons, file this Notice of Substitution of Counsel. Appellees hereby notify the Court that Assistant Attorney General Esteban Soto should now be designated as lead counsel for the Appellees in this case.

Eric Vinson, former Assistant Attorney General and counsel, has taken a position outside the Office of the Attorney General, and should be removed from all further notifications regarding this case.

Wherefore, Appellees request that the Court enter Mr. Soto as counsel of record for Appellees, Lamar University, Texas State University System, and James Simmons.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**CHARLES E. ROY**
First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil
Litigation

**ANGELA COLMENERO**
Chief, General Litigation Division

/s/ Esteban Soto
ESTEBAN SOTO
Assistant Attorney General
State Bar No. 240052284
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 (FAX)
esteban.soto@texasattorneygeneral.gov
**ATTORNEYS FOR APPELLEES**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by electronic service and electronic mail, this 21st day of August, 2015, to:

Iain G. Simpson
Simpson, P.C.
1333 Heights Boulevard
Houston, Texas 77008
[Tel.] (281) 989-0742
[Fax] (281) 596-6960
iain@simpsonpc.com

Larry Watts
Watts & Associates
P.O. Box 2214
Missouri City, Texas, 77459
[Tel.] (281) 431-1500
[Fax] (877) 797-4055
wattstrial@gmail.com

/s/ Esteban Soto
**ESTEBAN SOTO**
Assistant Attorney General